```
                          United States Bankruptcy Court
                               District of Maryland
In re:                                                        Case No. 19-23149-NVA
Josephine Slocum                                              Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0416-1       User: ecumberla            Page 1 of 2       Date Rcvd: Jan 08, 2020
                           Form ID: 318               Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 10, 2020.
db           +Josephine Slocum,    9906 Cervidae Lane,    Randallstown, MD 21133-1914
31239203     +Comptroller of the Treasury,    Compliance Division, Room 409,    301 W. Preston Street,
               Baltimore, MD 21201-2305
31239206     +Deputy County Attorney,    Baltimore County Office of Law,    400 Washington Avenue, 2nd Floor,
               Towson, MD 21204-4606
31239146     +Diana L Holland, Esq,    8211 Town Center Dr,    Nottingham, MD 21236-5904
31239148     +Fed Loan,    POB 60610,    Harrisburg, PA 17106-0610
31239154     +Mariner Finance,    8211 Town Center Dr,    Nottingham, MD 21236-5904
31239155     +Midland Credit Management,    P.O. Box 301030,    Los Angeles, CA 90030-1030
31239158     +Radius Global Solutions,    PO Box 390916,    Minneapolis, MN 55439-0911
31239159      Rushmore Service Center,    PO Box 5508,    Sioux Falls, SD 57117-5508
31239160     +Sinai Hospital,    P.O. Box 62540,    Baltimore, MD 21264-2540
31239161     +State Collection Service,    2509 S. Stoughton Road,    Madison, WI 53716-3314
31239204     +Supervisor of Delin. Accts.,    Abel Wolman Municipal Building,
               200 Holliday Street- Room #1 Bankruptcy,    Baltimore, MD 21202-3635
31239163      Towson University,    8000 York Rd,    Baltimore, MD 21252-0001
31239164     +Velocity Investments, LLC,    1800 Route 34 N,    STE 404A,    Belmar, NJ 07719-9147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
31239145      EDI: CAPITALONE.COM Jan 09 2020 01:38:00      Capital One Bank USA N.A.,    P.O. Box 71083,
               Charlotte, NC 28272-1083
31239147     +E-mail/Text: bknotice@ercbpo.com Jan 08 2020 20:59:23      Enhanced Recovery,    PO Box 57547,
               Jacksonville, FL 32241-7547
31239149      E-mail/Text: data_processing@fin-rec.com Jan 08 2020 20:59:05
               Financial Recovery Services, Inc.,    P.O. Box 385908,    Minneapolis, MN 55438-5908
31239150     +EDI: BLUESTEM Jan 09 2020 01:38:00      Fingerhut,    6250 Ridgwood Road,
               Saint Cloud, MN 56303-0820
31239151     +E-mail/Text: dstewart@firstfinancial.org Jan 08 2020 20:59:13      First Financial FCU,
               1215 York Road,    Lutherville Timonium, MD 21093-6207
31239152     +EDI: AMINFOFP.COM Jan 09 2020 01:38:00      First Premier,    3820 N Louise Av,
               Sioux Falls, SD 57107-0145
31239153      EDI: AMINFOFP.COM Jan 09 2020 01:38:00      First Premier Bank,    P.O. Box 5524,
               Sioux Falls, SD 57117-5524
31239156     +EDI: AGFINANCE.COM Jan 09 2020 01:38:00      One Main,    P.O. Box 1010,
               Evansville, IN 47706-1010
31239157     +E-mail/Text: bankruptcy@rarogersinc.com Jan 08 2020 20:59:55      RA Rogers Inc.,    PO Box 3302,
               Crofton, MD 21114-0302
31239162     +E-mail/Text: bankruptcydept@ncsecu.org Jan 08 2020 20:59:38      State Employees Credit Union,
               Po Box 29606,    Raleigh, NC 27626-0606
31239205     +E-mail/Text: UIBankruptcyNotices.DLLR@maryland.gov Jan 08 2020 21:00:36
               State of Maryland DLLR,    Division of Unemployment Insurance,    1100 N. Eutaw Street, Room 401,
               Baltimore, MD 21201-2225
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0416-1          User: ecumberla            Page 2 of 2                   Date Rcvd: Jan 08, 2020
                              Form ID: 318               Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 8, 2020 at the address(es) listed below:
        Jeffrey P. Nesson    nessonbankrp@gmail.com,  mdbkcourt@gmail.com,r46096@notify.bestcase.com
        Zvi  Guttman    zguttman@gmail.com,  zviguttman@outlook.com,MD55@ecfcbis.com
                                                                                                                 TOTAL: 2

Entered: January 8, 2020
Signed:  January 8, 2020

**SO ORDERED**



Nancy V. Alquist
**NANCY V. ALQUIST**
**U. S. BANKRUPTCY JUDGE**

---

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Josephine Slocum** | Social Security number or ITIN   **xxx–xx–1167** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **District of Maryland**

Case number:   **19–23149 NVA**   **Chapter:  7**

## Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Josephine Slocum

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318              **Order of Discharge**                   page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**